United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 23, 2003**

Charles R. Fulbruge III
Clerk

In the

# United States Court of Appeals
## for the Fifth Circuit

---

m 03-60186
Summary Calendar

---

PERRY H. KAY, SR.,

Petitioner-Appellant,

VERSUS

COMMISSIONER OF INTERNAL REVENUE,

Respondent-Appellee.

---

Appeal from a Decision of
the United States Tax Court
m 10828-00

---

Before SMITH, DEMOSS, and STEWART,
Circuit Judges.

PER CURIAM:*

Perry Kay, Sr., appeals, *pro se*, a deter-
mination of the Tax Court that he has an

---

* Pursuant to 5TH CIR. R. 47.5, the court has de-
termined that this opinion should not be published and
is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

income tax deficiency for 1998 of $1,174. In
a comprehensive and persuasive opinion filed
August 8, 2002, T.C. Memo 2002-197, the
Tax Court reduced the claimed deficiency
from $4,181.50 to $1,174.

In its opinion, the Tax Court carefully
explained that Kay had not met his burden of
substantiating all the claimed deductions. The
decision is AFFIRMED, essentially for the
reasons set forth by the Tax Court.